# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYWANN R. WINDHAM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 18-90 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | |
| BUTLER COUNTY ADULT ) | |
| PROBATION DEPTARTMENT, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff Tywann R. Windham ("Plaintiff"), appearing *pro se*, filed a Motion to Proceed *In Forma Pauperis* ("IFP") on January 22, 2018 while he was incarcerated at the Butler County Prison.[1] (Doc. 1.) Under 28 U.S.C. § 1915, a prisoner seeking to bring an IFP action must submit an affidavit describing his assets and general financial position **and** a certified copy of his prison trust fund account statement(s) for the six-month period preceding the filing of his complaint, obtained from the appropriate official of each prison at which he was or is confined. 28 U.S.C. § 1915(a).

Plaintiff has submitted an incomplete affidavit/form that provides no information whatsoever about his financial status, and he has not submitted any prison account statements. Therefore, the Court is unable to determine whether Plaintiff is eligible to proceed IFP.

Plaintiff shall amend his IFP Motion on or before **April 16, 2018** to include sufficient information about his assets and financial position, and to include any available prison-certified account statements described above. If Plaintiff does not file a sufficient amendment to his IFP

---

[1] This Motion also states that "[b]y the time this reach[es] you I'll be released." (Doc. 1.)

Motion by **April 16, 2018** or pay the filing fee by that date, this action may be dismissed with prejudice. A courtesy copy of a blank application to proceed IFP is enclosed with this Order.

    IT IS SO ORDERED.


March 19, 2018                                          s\Cathy Bissoon                
                                                                                  Cathy Bissoon
                                                                                  United States District Judge

cc (via ECF email notification):

All Counsel of Record