IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYWANN R. WINDHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-90 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| BUTLER COUNTY ADULT | ) | |
| PROBATION DEPTARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CASE

Plaintiff Tywann R. Windham ("Plaintiff"), appearing *pro se*, filed a Motion to Proceed *In Forma Pauperis* ("IFP") on January 22, 2018. (Doc. 1.) On March 19, 2018, as Plaintiff's IFP Motion failed to contain information about his finances, the Court ordered Plaintiff to amend his IFP Motion, on or before April 16, 2018, to include information about his assets and financial position. (Doc. 2.) The Court stated, "[i]f Plaintiff does not file a sufficient amendment to his IFP Motion by **April 16, 2018** or pay the filing fee by that date, this action may be dismissed with prejudice." (Id.)

Plaintiff did not respond to that order. Accordingly, the Court ordered Plaintiff to show good cause why this action should not be dismissed for failure to prosecute on April 23, 2018. (Doc. 3.) The Court's Order to Show Cause stated, "Plaintiff's response to this order is due on or before **May 14, 2018**. If Plaintiff does not respond to this order with a valid justification by that date, the Court will dismiss this action with prejudice." (Id.) Yet, despite these warnings, Plaintiff has taken no action on the docket since the filing of his IFP Motion on January 22, 2018.

In light of Plaintiff's failure to prosecute this action, dismissal is warranted under Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984). Specifically, the Court relies on the Poulis factors regarding Plaintiff's personal responsibility; unresponsiveness; failure to demonstrate excusable neglect; and the lack of effective, alternative sanctions. Id. at 868. Simply put, Plaintiff's repeated failure to respond and seeming disinterest in prosecuting this case leave no meaningful alternative to a dismissal.

For all of these reasons, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


June 26, 2018                                     s\Cathy Bissoon
                                                  Cathy Bissoon
                                                  United States District Judge

cc (via First-Class U.S. Mail):

**TYWANN R. WINDHAM**
228 American Avenue
Butler, PA 16001